UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FRANK EDWIN PATE,**

    Petitioner,

v.                                               **CASE NO. 3:21cv595-MCR-MAF**

**M.V. JOSEPH, WARDEN,**

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge, ECF No. 14, dated June 2, 2021, recommending that the "Request for Injunction," ECF No. 13, be denied without prejudice to Petitioner filing a § 1983 civil rights complaint. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.

Having considered the report and recommendation, and any objections timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. The "Request for Injunction," filed by Petitioner Frank Edwin Pate, ECF No. 13, is **DENIED without prejudice** to Petitioner bringing the claims concerning the conditions of confinement in a properly filed § 1983 civil rights proceeding.

3. The Clerk of Court shall provide Petitioner with a civil rights complaint form for use by prisoners in civil rights actions under 42 U.S.C. § 1983.

**DONE AND ORDERED** this 29th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**