UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FRANK EDWIN PATE,**

    Petitioner,

v.   CASE NO. 3:21cv595-MCR-MAF

**M.V. JOSEPH, Warden,**

    Respondent.

_____/

### O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 33. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been timely filed. I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 33, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 18, is GRANTED, and the § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED for lack of jurisdiction**.

3. Respondent's motion to stay, ECF No. 29, is **DENIED as moot**.

4. Petitioner's "Rule 65, Injunctive Relief" motion, ECF No. 17, is **DENIED without prejudice** to raising such claims by filing a § 1983 complaint;

5. Petitioner's "Motion for Hearing," ECF No. 23, is **DENIED**;

6. Petitioner's "Motion for Judicial Notice," ECF No. 24, is **DENIED**;

7. Petitioner's "Motion for Summary Judgment per Rule 56," ECF No. 25, is **DENIED**.

8. Petitioner's request for "Judicially Noticed Facts," ECF No. 23, and "Motion for Judicially Noticeable Facts under Rule 201," ECF No. 32, are **GRANTED** insofar as the Court has considered the information as supplements to the § 2241 petition.

**DONE AND ORDERED** this 9th day of September 2021.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**